# Exhibit A

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM

*Brian K Hart* -Clerk of Court

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of __Chatham__ County

| For Clerk Use Only | | | |
|---|---|---|---|
| Date Filed 12/22/2021 | | Case Number STCV21-02399 | |
| MM-DD-YYYY | | | |

**Plaintiff(s)**

Smith, Dreamieylla
| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Weisner, Steven
Combined Transport, Inc.
| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Ashleigh R. Madison   **Bar Number** 346027   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number          Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO., GA, 1/20/2022 6:54 PM

*Brian K. Hart* -Clerk of Court
Service of Process by

**Dreamieyla Smith, et. al., Plaintiff(s)**

vs.

**Steven Weisner & Combined Transport, Inc., et. al., Defendant(s)**



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 161340-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Steven Weisner
Court Case No. STCV21-02399

SOUTHEAST LAW

Colette Bushong
2107 Bull St.
Savannah, GA 31401-8530

---

State of: ARIZONA ) ss.

County of: MARICOPA )

| | |
|---|---|
| **Name of Server:** | DEVON THOMAS , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 19TH day of JANUARY , 20 22 , at 6:00 o'clock P M |
| **Place of Service:** | at 10220 E. Apache Trail, Lot 61 , in Apache Junction, AZ 85120 |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Complaint**. General Civil and Domestic Relations Case Filing Information Form, Plaintiff's First Interrogatories to Defendants; Plaintiff's First Request for Production of Documents to Defendants |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Steven Weisner** |
| **Person Served, and Method of Service:** | By personally delivering them into the hands of the person to be served. |
| | ✓ By delivering them into the hands of RENE WEISNER , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Steven Weisner** at the place of service, and whose relationship to the person is: SPOUSE/CO-OCCUPANT |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color CAUCASIAN ; Hair Color BROWN ; Facial Hair NO Approx. Age 45-50YO ; Approx. Height 5'4"-5'6" ; Approx. Weight OVER 200LBS |
| | ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. | Subscribed and sworn to before me this 20TH day of JANUARY , 20 22 |

Signature of Server

**APS International, Ltd.**

Notary Public          (Commission Expires)
10/03/2024

SAMANTHA POTTER
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 589125
My Comm. Exp. October 3, 2024

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/17/2022 2:28 PM                    *Brian K. Hart* -Clerk of Court

Dreamieyla Smith, et. al., Plaintiff(s)
vs.
Steven Weisner & Combined Transport, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  161340-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Combined Transport, Inc., c/o Jon Card
Court Case No. STCV21-02399

SOUTHEAST LAW
Colette Bushong
2107 Bull St.
Savannah, GA  31401-8530

State of: **OR**                    ) ss.
County of: **Jackson**              )

Name of Server:          **Kristeen Martin**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:    that on the **13** day of **January**, 20 **22**, at **2:04** o'clock **P** M

Place of Service:        at **5656 Crater Lake Avenue**, in **Central Point, OR  97502**

Documents Served:        the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on:   A true and correct copy of the aforesaid document(s) was served on:
**Combined Transport, Inc., c/o Jon Card**

Person Served, and       By delivering them into the hands of an officer or managing agent whose name and
Method of Service:       title is: **Jon   Card,   Registered   Agent**

Description of           The person receiving documents is described as follows:
Person Receiving         Sex **M** ; Skin Color **W** ; Hair Color **grey** ; Facial Hair **NO**
Documents:               Approx. Age **60's** ; Approx. Height **5'11** ; Approx. Weight **220**
                         ✓ To the best of my knowledge and belief, said person was not engaged in the US
                         Military at the time of service.

Signature of Server:     Undersigned declares under penalty of perjury      Subscribed and sworn to before me this
                         that the foregoing is true and correct.            **12** day of **Jan**, 20 **22**

                         _____                            _____  **10-16-23**
                         Signature of Server                                Notary Public         (Commission Expires)

**APS International, Ltd.**

OFFICIAL STAMP
MARK VON ERICK PARKS
NOTARY PUBLIC - OREGON
COMMISSION NO. 992869
MY COMMISSION EXPIRES OCTOBER 16, 2023

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM
*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA
*133 Montgomery Street, Suite 304*
*Savannah, GA 31401*
*(912) 652-7197*

| | |
|---|---|
| DREAMIEYLA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN WEISNER, and COMBINED | )      STCV21-02399 |
| TRANSPORT, INC., | ) Civil Action No. _____ |
| | ) |
| Defendants. | ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:     Steven Weisner
                                       10220 E Apache Trail
                                       Lot 61
                                       Apache Junction, AZ 85120

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiffs' Attorney, whose name and address is:

Ashleigh R. Madison, Esq.
Southeast Law, LLC
1703 Abercorn Street
Savannah, Georgia 31401

**an answer to the complaint which is herewith served upon you, within 45 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of December, 2021.

**Brian K. Hart, Clerk of Court**
**State Court of Chatham County, Georgia**

By: _____ /s/ Moneisha Green _____
    Deputy Clerk, State Court of Chatham County Georgia

\* also serving with Complaint:
        Plaintiff's First Interrogatories to Defendants
        Plaintiff's First Request for Production of Documents to Defendants

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM          *Brian K Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA
*133 Montgomery Street, Suite 304*
*Savannah, GA 31401*
*(912) 652-7197*

| | |
|---|---|
| DREAMIEYLA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN WEISNER, and COMBINED | ) |
| TRANSPORT, INC., | ) Civil Action No. STCV21-02399 |
| | ) |
| Defendants. | ) |

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:          Combined Transport, Inc.
c/o Jon Card
5656 Crater Lake Avenue
Central Point, OR 97502

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiffs' Attorney, whose name and address is:

Ashleigh R. Madison, Esq.
Southeast Law, LLC
1703 Abercorn Street
Savannah, Georgia 31401

**an answer to the complaint which is herewith served upon you, within 45 days after service of this** summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of December, 2021.

**Brian K. Hart, Clerk of Court**
**State Court of Chatham County, Georgia**

By:_____ /s/ Moneisha Green _____
Deputy Clerk, State Court of Chatham County Georgia

\* also serving with Complaint:
Plaintiff's First Interrogatories to Defendants
Plaintiff's First Request for Production of Documents to Defendants

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DREAMIEYLA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN WEISNER, and COMBINED | ) |
| TRANSPORT, INC., | ) Civil Action No. __STCV21-02399__ |
| | ) |
| Defendants. | ) |

## COMPLAINT

**COMES NOW**, Plaintiff in the above-styled matter, and files this Complaint

against Defendants, showing the Court as follows:

### I.   PARTIES, JURISDICTION AND VENUE

1.  Plaintiff is a citizen and resident of the State of Georgia.

2.  Upon information and belief, Defendant Steven Weisner is a citizen and resident
    of Pinal County, Arizona and can be served with process at 10220 E Apache
    Trail, Lot 61, Apache Junction, AZ 85120. Defendant Weisner is subject to the
    jurisdiction of the Court pursuant to the provisions in the Georgia Long-Arm
    Statute O.C.G.A. § 9-10-91, et seq.

3.  Upon information and belief, Defendant Combined Transport, Inc. is a foreign
    profit corporation and can be served with process through its Registered Agent,
    Jon Card at 5656 Crater Lake Avenue, Central Point, OR 97502. Defendant
    Combined Transport, Inc. is subject to the jurisdiction of the Court pursuant to the
    provisions in the Georgia Long-Arm Statute O.C.G.A. § 9-10-91, et seq.

4.  Plaintiff's claims arise out a motor vehicle collision, which occurred in Chatham

County, Georgia.

5.  Venue and jurisdiction are proper is this Court.

## II.   FACTUAL ALLEGATIONS

6.  Plaintiff renews and reaffirms each and every allegation set forth in paragraphs 1 through 5 above.

7.  On or about July 6, 2021, at about 4:00 p.m., Plaintiff was traveling westbound in her vehicle on Highway 80 in Pooler, Georgia near its intersection with Westside Boulevard.

8.  As Plaintiff was stopped in traffic, Defendant Weisner was operating a company vehicle as an employee of Combined Transport, Inc. behind Plaintiff on Highway 80 in Pooler, Georgia. Defendant Weisner released his brakes, causing him to roll into the rear of Plaintiff's vehicle, resulting in a collision with Plaintiff's vehicle.

9.  Plaintiff was unable to avoid a collision with Defendant Weisner.

10. Plaintiff was in no way negligent or the cause of said collision.

11. As a result, Plaintiff was seriously and permanently injured.

## III.   CAUSES OF ACTION

*First Cause of Action – Negligence per se*

12. Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1 through 11 above.

13. Defendant Weisner had a legal duty to obey all traffic laws while operating a motor vehicle on the roads of the State of Georgia.

14. Defendant Weisner had a legal duty to exercise reasonable care while operating a motor vehicle on the roads of the State of Georgia so as to avoid causing injury to

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM

*Brian K Hart* -Clerk of Court

others.

15. Plaintiff sustained injuries and damages as a direct and proximate cause of

Defendant Weisner's negligence.

### *Second Cause of Action -- Vicarious Liability*

16. Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1

through 15 above.

17. At all times relevant, Defendant Weisner was acting on behalf of his employer,

Defendant Combined Transport, Inc.

18. Defendant Combined Transport, Inc.'s employee was, at all times pertinent to this

action, acting within the scope of his employment and/or agency.

19. Defendant Combined Transport, Inc. is responsible, under the doctrine of

respondent superior, for the negligent acts of its employees, O.C.G.A. § 51-2-2.

20. At no time was Defendant Weisner on a "frolic and detour" which could possibly

absolve his employer of liability for his actions and/or omissions.

21. Consequently, Defendant Combined Transport, Inc. is liable for the acts of its

employees and/or agents under the theory of vicarious liability.

## IV.   INJURIES AND DAMAGES

22. Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1

through 21 above.

23. As a result of the aforesaid acts and/or omissions of Defendants, Plaintiff incurred

serious and substantial injuries; past and future medical expenses; past, present,

and future physical and mental pain and suffering; and permanent impairment.

24. Said damages were directly, proximately, and solely caused by Defendant's

actions.

25. Plaintiff is entitled to recover said damages.

WHEREFORE, Plaintiff prays as follows:

    (A)    That service be perfected upon Defendants as provided by law;

    (B)    For a trial by jury of twelve persons;

    (C)    An award of monetary damages to compensate Plaintiff; and

    (C)    Such other and further relief as the Court deems just and proper.

This 22nd day of December, 2021.

/s/ *Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No. 346027
Attorney for Plaintiff

Southeast Law, LLC
1703 Abercorn Street
Savannah, Georgia 31401
(t) 912.662.6612
(f) 877.417.2943
southeastlaw@gmail.com

/s/ *Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040

Ellis, Painter, Ratterree & Adams, LLP
7 E. Congress Street, 2nd Floor
Savannah, GA 31401
(t) 912.233.9700
qmarlin@ellispainter.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM          *Brian H. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DREAMIEYLA SMITH,                              )
                                              )
          Plaintiff,                          )
                                              )
v.                                            )
                                              )
STEVEN WEISNER, and COMBINED                  )
TRANSPORT, INC.,                              ) Civil Action No. _____STCV21-02399_____
                                              )
          Defendants.                         )

===

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS

**COMES NOW,** Plaintiff, and files, this her First Interrogatories to Defendants and requires the Defendants to answer the following under oath and in writing pursuant to O.C.G.A. §9-11-33 within forty-five (45) days from the date of service hereof as follows:

**NOTE A:**   When used in these interrogatories, the phrases "Defendant", "individual in question", "you", or any synonym thereof are intended to and shall embrace and include, in addition to Defendants, individually, Defendants' attorneys, agents, servants, employees, representatives, private investigators, insurance adjusters, and all others who are in possession of, in control of, or may have obtained information for or on behalf of Defendants.

**NOTE B:**   Throughout these interrogatories, wherever Defendants are requested to identify a communication of any type and such communication was oral, the following information should be furnished with regard to each such communication:

  (a)  By whom it was made, and to whom;

  (b)  The date upon which it was made;

  (c)  Who else was present when it was made;

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/28/2021 3:42 PM     Brian N. Hart -Clerk of Court

(d)   Whether it was recorded or described in any writing of any type and, if so, identification of each such writing in the manner indicated in Note C below.

**NOTE C:**   Throughout these interrogatories, wherever Defendants are requested to identify a communication, letter, document, memorandum, report, or record of any type and such communication was written, the following information should be furnished:

(a)   A specific description of its nature (e.g., whether it is a letter, a memorandum, etc.);

(b)   By whom it was made and to whom it was addressed;

(c)   The date upon which it was made; and

(d)   The name and address of the present custodian of the writing or, if not known, the name and address of the present custodian of a copy thereof.

**NOTE D:**   Throughout these interrogatories, wherever Defendants are requested to identify a person, the following information should be furnished:

(a)   The person's full name;

(b)   His or her present home and business address and telephone number at each address;

(c)   His or her occupation; and

(d)   His or her place of employment.

**NOTE E:**   These interrogatories shall be deemed continuing to the extent required by law. You are required to (1) seasonally supplement any response directed to the identity and location of persons having knowledge of discoverable matters as well as the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify and the substance of his testimony; (2) amend any prior response if you subsequently learn that the original response was incorrect or if you learned that although correctly made, the original response is no longer true and the circumstances are such that a

failure to amend the response is, in substance, a knowing concealment; and (3) provide such other supplementary responses required by law.

1.

Please state the names, addresses, and telephone numbers of all witnesses known to you who say or who claim they saw all or any part of the occurrence or who may possess relevant knowledge to any subject matter which is complained of in this action and provide a detailed explanation of their knowledge.

2.

Please state the names, addresses and telephone numbers of all persons who have given statements, whether written or oral to you, your attorney, your insurance carrier, or anyone else to our knowledge, covering the facts and circumstances of the incident that is the subject matter of this litigation, listing for each such statement, the date of the same, to whom the statement was given, and who is in possession of such statement.

3.

Please give your contentions of how the incident complained of happened and state all facts which support these contentions, and the actions of all individuals involved.

4.

If you contend that some other person or legal entity is, in whole or in part, liable to the Plaintiff in this matter, state its full name, address and telephone number and describe in detail the basis of such liability.

5.

Set forth the names and addresses of all insurance companies which have liability insurance coverage relating to the matter alleged in the complaint, the number or numbers of

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM        *Brian K. Hart* -Clerk of Court

such policies, the amount of liability coverage provided in each policy, the named insured in the same, and whether said policy excludes coverage for punitive damages.

6.

Set forth the names and addresses of each person who has investigated and/or made studies, or taken any statements related to the incident complained of in the Complaint.

7.

Please state the following in regard to every document which you contend may have some relevancy in this case to Plaintiff's Complaint or any defense raised by a party:

    (a)  The date, title, and a summary of the contents of said document;

    (b)  The name and address of the author of the document; and

    (c)  The name and address of the custodian of the document.

8.

Did anyone photograph or videotape any subject matter which may be relevant to this action? If so, state when the photographs and/or videotapes were taken, who took the photographs/videotapes and who currently has possession of the photographs/videotapes.

9.

Identify the full name, address and telephone number of each expert, whom you expect to call as an expert witness at the trial of this case and, as to each expert so identified, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion.

10.

Do you contend there are any admissions made by the Plaintiff or any other party in this case? If the answer is in the affirmative, and any purported admission was oral, please state the

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM

*Brian K. Hart* -Clerk of Court

date the admission was made, and the witnesses to said admissions. If the admission was made in writing, please state the title of the document, the name of the author of the document, a summary of the contents of the document, the date of the document, and the name, address and telephone number of the custodian of the document.

11.

Identify all evidence, including documents, physical evidence and witnesses possessing knowledge of such evidence, which you contend supports your defenses as set forth in your Answer.

This 22nd day of December, 2021.

/s/ *Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No: 346027
Attorney for Plaintiff

Southeast Law, LLC
1703 Abercorn Street
Savannah, GA 31401
Phone: 912.662.6612
Fax: 877.417.2943
southeastlaw@gmail.com

/s/ *Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040

Ellis, Painter, Ratterree & Adams, LLP
7 E. Congress Street, 2nd Floor
Savannah, GA 31401
(t) 912.233.9700
qmarlin@ellispainter.com

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM          *Brian K Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

DREAMIEYLA SMITH,                          )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )
                                           )
STEVEN WEISNER, and COMBINED               )          STCV21-02399
TRANSPORT, INC.,                           ) Civil Action No. _____
                                           )
          Defendants.                      )

---

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

**COMES NOW**, Plaintiff in the above-styled action, and requires that the above

referenced Defendants, pursuant to O.C.G.A. §9-11-34, produce for inspection and copying at

the offices of the Plaintiff's attorney of record, Ashleigh R. Madison at Southeast Law, LLC,

1703 Abercorn Street, Savannah, Georgia 31401, the following documents within forty-five (45)

days of the date of service of this request.  Plaintiff requests that, along with the production of

documents, a written response be made detailing the documents produced and any documents

covered by these requests which the Defendants object to producing.

      **NOTE A:**   These requests are continuous and should be supplemented if additional

information is received at a later date.

      **NOTE B:**   If documents requested are not in the Defendants' possession, please state as

follows:

    (1)  name of person who has possession or knowledge of the whereabouts of these

documents;

    (2)  business address of such person;

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM

*Brian K Hart* -Clerk of Court

(3)  business telephone number of such person.

**NOTE C:**  If you claim that a privilege applies to any document sought by this request, then state the factual and legal basis for the claimed privilege and identify the document (by date, author, recipient, general subject matter) so that it can be described in a motion to compel.

1.

All witness statements related to the incident complained of in the Complaint.

2.

A copy of any insurance policy covering the incident which is the subject of the Complaint.

3.

A copy of any photographs which were taken at or around the time of the subject incident.

4.

A copy of any video footage reflecting the incident.

5.

A copy of any documents provided to expert witnesses.

6.

A copy of any and all incident reports involving Defendants.

7.

A copy of any documents referenced in your response to Plaintiff's First Interrogatories.

8.

Any document on which the Defendants will rely in the defense of this action.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 12/22/2021 3:42 PM

*Brian K. Hart* -Clerk of Court

9.

You are requested to produce any and all correspondence directed to each expert witness

identified in your response to Plaintiff's Interrogatories which describes or refers in any way to

the facts of the case, the materials provided for his or her review, the review or analysis he or she

was requested to perform, or the fee paid.

10.

A copy of any and all physical evidence you intend to produce at the trial of this case.

This 22nd day December, 2021.

/s/ *Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No. 346027
Attorney for Plaintiff

Southeast Law, LLC
1703 Abercorn Street
Savannah, Georgia 31401
(t) 912.662.6612
(f) 877.417.2943
southeastlaw@gmail.com

/s/ *Quentin L. Marlin*
Quentin L. Marlin
Georgia Bar No. 567040

Ellis, Painter, Ratterree & Adams, LLP
7 E. Congress Street, 2nd Floor
Savannah, GA 31401
(t) 912.233.9700
qmarlin@ellispainter.com

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

DREAMIEYLA SMITH,                  )
                                   )
    Plaintiff,              )          CIVIL ACTION FILE
                                   )          NO. STCV21-02399
v.                                 )
                                   )
STEVEN WEISNER,                    )
and COMBINED TRANSPORT, INC.,      )
                                   )
    Defendants.             )

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW, Defendants Steven Weisner ("Weisner") and Combined Transport, Inc. ("CTI") (collectively, "Defendants"), and file their Answer to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND DEFENSE

No act or omission on the part of Defendants either caused or contributed to whatever injury or damage Plaintiff may have sustained.

### THIRD DEFENSE

Defendants reserve the right to assert any affirmative defenses, additional defenses, claims, and denials as may be disclosed during the course of additional investigation and discovery.

### FOURTH DEFENSE

Responding to the numbered paragraphs of Plaintiff's Complaint, Defendants show the Court the following:

## I.   PARTIES, JURISDICTION AND VENUE

### 1.

Defendants are without knowledge or information sufficient to form a belief as to the allegations of Paragraph One (1) of Plaintiff's Complaint.

### 2.

The allegations of Paragraph Two (2) of Plaintiff's Complaint are admitted.

### 3.

The allegations of Paragraph Three (3) of Plaintiff's Complaint are admitted.

### 4.

The allegations of Paragraph Four (4) of Plaintiff's Complaint are admitted.

### 5.

The allegations of Paragraph Five (5) of Plaintiff's Complaint are denied.

## II.   FACTUAL ALLEGATIONS

### 6.

Defendants reallege, adopt and incorporate herein Paragraphs One (1) through Five (5) above as if fully set forth herein.

### 7.

The allegations of Paragraph Seven (7) of Plaintiff's Complaint are admitted.

### 8.

Responding to the allegations of Paragraph Eight (8) of Plaintiff's Complaint, it is admitted that on or about July 6, 2021 at approximately 4:00 p.m., Weisner was operating a vehicle, as an employee of CTI, behind Plaintiff's vehicle on Highway 80 in Pooler, Georgia. It is also admitted that at that time and place, Weisner's foot came off the brake, causing him to roll into the rear of

Plaintiff's vehicle. The remaining allegations of Paragraph Eight (8) of Plaintiff's Complaint are denied as stated.

9.

The allegations of Paragraph Nine (9) of Plaintiff's Complaint are admitted.

10.

The allegations of Paragraph Ten (10) of Plaintiff's Complaint are admitted.

11.

The allegations of Paragraph Eleven (11) of Plaintiff's Complaint are denied.

## III.    CAUSES OF ACTION

*First Cause of Action – Negligence Per Se*

12.

Defendants reallege, adopt and incorporate herein Paragraphs One (1) through Eleven (11) above as if fully set forth herein.

13.

Responding to the allegations of Paragraph Thirteen (13) of Plaintiff's Complaint, it is admitted that Defendant had certain duties under Georgia law, however, it is denied that Paragraph Thirteen (13) is a full and complete statement of those duties and is not adjusted to the facts of this case and, therefore, Paragraph Thirteen (13) of Plaintiff's Complaint is denied.

14.

Responding to the allegations of Paragraph Fourteen (14) of Plaintiff's Complaint, it is admitted that Defendant had certain duties under Georgia law, however, it is denied that Paragraph Fourteen (14) is a full and complete statement of those duties and is not adjusted to the facts of this case and, therefore, Paragraph Fourteen (14) of Plaintiff's Complaint is denied.

3

15.

The allegations of Paragraph Fifteen (15) of Plaintiff's Complaint are denied.

*Second Cause of Action – Vicarious Liability*

16.

Defendants reallege, adopt and incorporate herein Paragraphs One (1) through Fifteen (15) above as if fully set forth herein.

17.

The allegations of Paragraph Seventeen (17) of Plaintiff's Complaint are admitted.

18.

The allegations of Paragraph Eighteen (18) of Plaintiff's Complaint are admitted.

19.

Responding to the allegations of Paragraph Nineteen (19) of Plaintiff's Complaint, it is admitted that Weisner was acting in the course and scope of his employment with CTI at the time of the accident which is the subject of Plaintiff's Complaint and, therefore, the doctrine of *respondeat superior* applies. The remaining allegations of Paragraph Nineteen (19) of Plaintiff's Complaint are denied.

20.

Responding to the allegations of Paragraph Twenty (20) of Plaintiff's Complaint, it is admitted that at the time of the accident Weisner was not on a "frolic and detour" and was acting in the course and scope of his employment with CTI. The remaining allegations of Paragraph Twenty (20) of Plaintiff's Complaint are denied as stated.

21.

The allegations of Paragraph Twenty-One (21) of Plaintiff's Complaint are denied.

## IV.   INJURIES AND DAMAGES

22.

Defendants reallege, adopt and incorporate herein Paragraphs One (1) through Twenty-One (21) above as if fully set forth herein.

23.

The allegations of Paragraph Twenty-Three (23) of Plaintiff's Complaint are denied.

24.

The allegations of Paragraph Twenty-Four (24) of Plaintiff's Complaint are denied

25.

The allegations of Paragraph Twenty-Five (25) of Plaintiff's Complaint are denied.

Any and all allegations of Plaintiff's Complaint not specifically responded to herein are denied, including but not limited to the unnumbered "WHEREFORE" paragraph, and each of its subparts, of Plaintiff's Complaint

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants demand judgment in their favor, with all costs of this action being assessed against Plaintiff.

This 11th day of February, 2022.

HAWKINS PARNELL & YOUNG, LLP

*s/C. Shane Keith*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia  30308-3243
T:  (404) 614-7400
F:  (404) 614-7500
skeith@hpylaw.com
wmajor@hpylaw.com
dwilson@hpylaw.com

C. Shane Keith
Georgia Bar No. 411317
William H. Major, III
Georgia Bar No. 466750
David H. Wilson
Georgia Bar No. 767774
*Attorneys for Defendants*

5

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

DREAMIEYLA SMITH,                    )
                                     )
          Plaintiff,                 )        CIVIL ACTION FILE
                                     )        NO. STCV21-02399
v.                                   )
                                     )
STEVEN WEISNER,                      )
and COMBINED TRANSPORT, INC.,        )
                                     )
          Defendants.                )

## CERTIFICATE OF SERVICE

        This is to certify that I have this date caused to be served upon counsel a true and correct copy of the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** by the Court's E-filing system and by depositing same in the United States Mail in an envelope with sufficient postage affixed thereto to insure delivery and addressed to:

Ashleigh R. Madison, Esq.
Southeast Law, LLC
1703 Abercorn Street
Savanah, Georgia 31401

Quentin L. Marlin, Esq.
Ellis, Painter, Ratterree & Adams, LLP
7 East Congress Street, 2nd Floor
Savannah, Georgia 31401

        This 11th day of February, 2022.

                                     **HAWKINS PARNELL & YOUNG, LLP**

                                     *s/C. Shane Keith*
                                     _____
303 Peachtree Street, N.E.           C. Shane Keith
Suite 4000                           Georgia Bar No. 411317
Atlanta, Georgia  30308-3243         William H. Major, III
T:  (404) 614-7400                   Georgia Bar No. 466750
F:  (404) 614-7500                   David H. Wilson
skeith@hpylaw.com                    Georgia Bar No. 767774
wmajor@hpylaw.com                    *Attorneys for Defendants*
dwilson@hpylaw.com

6