# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DREAMIEYLA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN WEISNER, and COMBINED TRANSPORT, INC.<br><br>Defendants. | Civil Action No.<br><br>4:22-cv-00038-WTM-CLR |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in Local Rule 83.4 admission *pro hac vice* has been satisfied, **Petitioner David H. Wilson's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22nd day of March, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION