# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DREAMIEYLA SMITH, | |
| Plaintiff, | |
| v. | Civil Action No. |
| STEVEN WEISNER, and COMBINED TRANSPORT, INC. | 4:22-cv-00038-WTM-CLR |
| Defendants. | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in Local Rule 83.4 admission *pro hac vice* has been satisfied, **Petitioner WILLIAM H. MAJOR, III's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23rd day of March, 2022.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION