IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DREAMIEYLA SMITH,<br><br>       Plaintiff,<br><br>    v.<br><br>STEVEN WEISNER; and COMBINED TRANSPORT, INC.,<br><br>       Defendants. | CIVIL ACTION NO.: 4:22-cv-38 |

**O R D E R**

On November 29, 2022, counsel for Plaintiff and counsel for Defendants jointly advised the Court that the parties have reached a settlement of this matter and that they are in the process of preparing and finalizing their settlement documents and expect to file a a joint stipulation of dismissal after execution of the documents. (Doc. 25.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within forty-five (45) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45)

days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED** this 5th day of December, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA